UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

CAMELOT VENTURE GROUP LLC,

                    Defendant.

1:22-cv-06809 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 19, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 19. That deadline has now passed and no such letter has been filed. The Initial Pretrial Scheduling Order ("IPTSO"), dated August 15, 2022, also required counsel for Plaintiff to immediately send a copy of the IPTSO to the Defendant and the parties to file a joint letter and proposed Case Management Plan and Scheduling Order by October 11, 2022. ECF No. 5. The Plaintiff has not done so.

IT IS HEREBY ORDERED that Plaintiff shall, promptly and **no later than November 9, 2022**, file a joint status letter, addressing all of the information requested in the Court's September 19, 2022 Order. The Court is not inclined to grant further extensions.

Dated: October 12, 2022
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge