UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA DICKS on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CAMELOT VENTURE GROUP LLC,<br><br>　　　　　　　　　　Defendant. | 1:22-cv-06809 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　　　The Court referred this case to mediation, at the parties' request, on November 14, 2022. ECF No. 13. Defendant subsequently filed a motion to dismiss. ECF No. 14. Defendant's motion to dismiss is denied without prejudice to renew, within 10 days of the completion of mediation, if the mediation is unsuccessful. Defendant's deadline to respond to the Complaint is extended to 10 days after the completion of mediation. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

Dated: November 14, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge